UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MICHAEL DAVID HINTON | CIVIL ACTION NO. 22-2085 |
| | SECTION P |
| VS. | |
| | JUDGE ELIZABETH E. FOOTE |
| BOSSIER PARISH POLICE JURY, ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Michael David Hinton's claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

SHREVEPORT, LOUISIANA, this 7th day of August, 2023.

_____
Elizabeth E. Foote
United States District Judge